IN THE UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF ARKANSAS

IN RE:   Donald M I Pace                                              CASE NO:   4:09-bk-10987 M
                                                                                 Chapter 13

**TRUSTEE'S MOTION TO DISMISS
FOR FAILURE TO MAKE PLAN PAYMENTS
AND NOTICE OF HEARING**

Mark T. McCarty, Trustee, for this Motion to Dismiss for Failure to Make Plan Payments and Notice of Hearing, states:

1. The chapter 13 plan requires the Debtor to pay the Trustee as follows:

    $965.97 Monthly   ( Source: DONALD M I PACE  $965.97 MONTHLY )

2. The Debtor is in material default with respect to the terms of the confirmed plan pursuant to 11 U.S.C. § 1307.  Payments by or for the Debtor to the Trustee have not been made as proposed

3. The Debtor's case should be dismissed pursuant to 11 U.S.C. § 1307(c)(1),(4) and (6).

                                                    /s/   Mark T. McCarty
                                                    Mark T. McCarty
                                                    STANDING CHAPTER 13 TRUSTEE
                                                    (501) 374-1572

NOTICE OF HEARING
TO THE DEBTOR AND DEBTOR'S ATTORNEY:

You are hereby notified that a hearing on the Trustee's Motion to Dismiss for Failure to Make Plan Payments will be held on:

    02/19/2010  at  9:00 am

    U.S. Bankruptcy Court
    300 W. 2nd Street
    Little Rock, AR 72201

If you contest the Trustee's Motion to Dismiss for Failure to Make Plan Payments, you should:  (1) appear at the hearing; and (2) file a written response to the Motion and serve it upon the Trustee at the address listed in the Motion no later than two days before the date set for the hearing.

Date: 01/11/2010                                    /s/   Jean Rolfs
                                                    U. S. Bankruptcy Court Clerk

cc:   Donald M I Pace
      P O Box 13356
      Maumelle, AR  72113

      Danyelle J. Walker
      323 Center Street
      Ste 1315
      Little Rock, AR  72201